UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-01377-SVW-PD<br>2:23-cv-02290-SVW-PD | Date | April 14, 2023 |
|---|---|---|---|
| Title | Samantha Landon v. TSC Acquisition Corp.<br>John Kimberling v. TSC Acquisition Corp. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs:<br>N/A | Attorneys Present for Defendants:<br>N/A | |

**Proceedings:**   IN CHAMBERS ORDER re Joint Request to Consolidate Cases [13]

    The request is granted. The Court orders 2:23-cv-01377-SVW-PD Samantha Landon v. TSC Acquisition Corp. consolidated with 2:23-cv-01377-SVW-PD Samantha Landon v. TSC Acquisition Corp.

    The Court designates the lead case as 2:23-cv-01377-SVW-PD Samantha Landon v. TSC Acquisition Corp. The Court administratively closes 2:23-cv-01377-SVW-PD Samantha Landon v. TSC Acquisition Corp.

    All subsequent filings shall be made in the lead case only.

    Upon consolidation of the cases, the plaintiffs will filed a consolidated complaint which encompasses all claims and causes of action.

|   | : |   |
|---|---|---|
|   | Initials of Preparer | PMC |